# Order

Michigan Supreme Court
Lansing, Michigan

March 29, 2010

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

140186

SUSAN BUREK, Personal Representative of
the Estate of JAMES BUREK, Deceased,
        Plaintiff-Appellant,

v

KIMBERLY BETH HART, M.D., ARTHUR
FRAZIER, M.D., HARPER HOSPITAL, also
known as HARPER-HUTZEL HOSPITAL,
HURON VALLEY SINAI HOSPITAL, HURON
VALLEY HOSPITAL, INC., and BARBARA
ANN KARMANOS CANCER INSTITUTE,
        Defendants-Appellees.

SC: 140186
COA: 283729
Wayne CC: 04-422090-NH

_____/

      On order of the Court, the application for leave to appeal the November 5, 2009 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 29, 2010

_____
Clerk

d0322